UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DARYN WHITE and DEMETRICE WHITE | * | |
| | * | |
| Plaintiffs, | * | |
| | * | CIVIL ACTION |
| VERSUS | * | CASE NO. |
| | * | |
| ROBERT PACKNETT, | * | |
| R.P. LANDSCAPING, L.L.C., and | * | JUDGE: |
| PROGRESSIVE PALOVERDE INSURANCE | * | |
| COMPANY | * | MAGISTRATE: |
| | * | |
| Defendants | * | JURY DEMAND |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COMPLAINT FOR DAMAGES**

NOW COME Plaintiffs, Daryn White and Demetrice White, who bring this Compliant against Defendants, Robert Packnett, R.P. Landscaping, L.L.C. and Progressive Paloverde Insurance Company and submit and allege the following:

**PARTIES**

1. Plaintiff, Daryn White, is a person of the age of majority, a citizen of the State of Mississippi and domiciled in the county of Rankin.

2. Plaintiff, Demetrice White, is a person of the full age of majority, a citizen of the State of Mississippi and domiciled in the county of Rankin.

3. Defendant, Robert Packnett, is a person of the age of majority, a citizen of the State of Louisiana and domiciled in the parish of Orleans.

4. R.P. Landscaping, L.L.C., a corporation with its principal pace of business located at 7442 Springlake Drive, New Orleans, Louisiana 70126, licensed to do and doing business in the Parish of Orleans, State of Louisiana.

5. Progressive Paloverde Insurance Company, a foreign insurer authorized to do and doing business in the Parish of Orleans, State of Louisiana.

## JURISDICTION AND VENUE

6. This Court has jurisdiction pursuant to 28 U.S.C. § 1332, because the amount in controversy as to the Plaintiffs exceeds $75,000.00, exclusive of interests and costs, and because all Defendants are incorporated and have their principal place of business in states other than the state in which the Plaintiffs reside.

7. Venue is proper in the Eastern District of Louisiana pursuant to 28 U.S.C. § 1391. All Defendants are subject to personal jurisdiction in this venue. The Defendants herein are not residents of the same state, and the events and omissions giving rise to Plaintiffs' claims occurred in multiple states. A substantial portion of the events at issue herein occurred and Plaintiff's damages were sustained in the Eastern District of Louisiana.

## BACKGROUND

8. On or about April 3, 2021 at approximately 10:45 a.m., Daryn White, who was operating his 2017 Toyota Avalon at the intersection of Mirabeau and Franklin Avenue, when suddenly and without warning, defendant, Robert Packnett, who was also traveling at the intersection of Mirabeau and Franklin Avenue, rear-ended the White vehicle causing injuries and damages.

9. At all times relevant herein, complainant, Demetrice White, was a guest passenger in the White vehicle.

10. At all times relevant herein, defendant, Progressive Paloverde Insurance Company, was the liability and medical payments insurer for defendants, Robert Packnett and/or R.P. Landscaping, L.L.C.

11. At all times relevant herein defendant, and upon information and belief, defendant, Robert Packnett, was in the course and scope of his employment and/or contractual work arrangement with, defendant, R.P. Landscaping, L.L.C.

12. As a result of the said accident, your petitioner, Daryn White, suffered severe and disabling injuries to all muscles and bones of the body, nerves, ligaments, tissues, and blood vessels, and more particularly the back, neck and head.

13. As a result of the said accident, your petitioner, Demetrice White, suffered severe and disabling injuries to all muscles and bones of the body, nerves, ligaments, tissues, and blood vessels, and more particularly the back, neck, shoulders and head.

14. The above-described accident and ensuing injuries and damages to petitioners, Daryn White and Demetrice White, were proximately caused by defendants, Robert Packnett, R.P. Landscaping, L.L.C., and Progressive Paloverde Insurance Company in the following illustrative, but not necessarily exclusive, acts of negligence:

    a. Failure of the driver to maintain proper control of the vehicle;

    b. Failure to maintain proper lookout;

    c. Following too close;

    d. Operating a vehicle in a careless manner;

    e. Failure to use reasonable vigilance;

    f. Failure to obey the traffic laws of the Parish of Orleans, State of Louisiana, which are pleaded herein by reference;

    g. Any and all other acts of negligence which will be proven at the trial of this matter.

15. As the liability insurer and/or medical payments insurer for defendants, Robert Packnett and/or R.P. Landscaping, L.L.C., defendant, Progressive Paloverde Insurance Company, is

liable to your petitioner for all acts of negligence of Robert Packnett and/or R.P. Landscaping, L.L.C.

16. As a result of defendants' negligence enumerated hereinabove, petitioner is entitled to reasonable damages and hereby itemizes her damages as follows:

    a. Past, present and future physical pain and suffering;

    b. Past, present and future mental pain and suffering;

    c. Lost wages;

    d. Loss of earning capacity;

    e. Property damage;

    f. Loss of use;

    g. Permanent scarring;

    h. Loss of life;

    i. Loos of love and affection;

    j. Past, present and future medical bills.

17. Petitioner avers amicable demand, without avail.

WHEREFORE, Plaintiffs, Daryn White and Demetrice White, pray that the Defendants, Robert Packnett, R.P. Landscaping, L.L.C. and Progressive Paloverde Insurance Company, be duly served and cited to appear and answer this Complaint as provided by law, that after all legal delays and due proceedings had, there be trial by jury on all issues so triable herein, and judgment jointly, severally and *in solido* against the Defendants, Robert Packnett, R.P. Landscaping, L.L.C. and Progressive Paloverde Insurance Company, and in favor of Plaintiffs, for all compensatory damages as are reasonable in the premises, including, but not limited to, damages for personal

injury, costs of these proceedings, attorneys' fees, legal interest thereon from the date of judicial demand until paid, and for all general and equitable relief as may be required.

## JURY DEMAND

Petitioners demand a trial by jury on all factual issues.

Dated: March 11, 2022

                              Respectfully submitted,

                              */s/John D. Sileo*
                              John D. Sileo (La. Bar No.: 17797)
                              Casey W. Moll (La. Bar No.: 35925)
                              320 North Carrollton Avenue, Suite 101
                              New Orleans, Louisiana 70119
                              (504) 486-4343 – Telephone
                              (504) 297-1249 – Facsimile
                              jack@johnsileolaw.com
                              casey@johnsileolaw.com
                              service@johnsileolaw.com (this email address is designated for service pursuant to LA. C.C.P. Art. 1313)